IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
RECEIVED ~~Northern~~ DIVISION

JAMES ~~Foss of~~ GRATESON )
Pro Se, )
 )
DEBRA P. HACKETT, CLERK )
U.S. DISTRICT COURT )
MIDDLE DIST. ALA. )
Plaintiff(s), )   CIVIL ACTION NO.
 )
v. )   2:05CV1165-T
 )
SHERIFF MARSHALL WILLIAMS, JR., )
PATSY HALL, et al., )
Defendant(s). )

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Barbour County Jail, 24 Robertson Airport Road, Clayton, Alabama (334) 775-3434

2. Name and address of defendant(s): Sheriff Marshall Williams Jr., and Patsy Hall, 24 Robertson Airport Road.

3. Place of alleged violation of civil rights: Barbour County Jail

4. Date of alleged violation of civil rights: October 28, 2005

5. State the facts on which you base your allegation that your constitutional rights have been violated: Violation of the Fourteenth Amendment, Due Process, and Equal Protection of Laws. On October 28, 2005, Plaintiff was engaged in an assumed assault of an officer here at the Barbour County Jail and placed in solitary confinement without being put on notice. Three days later, Plaintiff was taken before a disciplinary team that was impartial because

1

6. Relief requested: WHEREFORE, Plaintiff request that this Honorable Court grant Punitive Damages of $500.000, and Monetary Damages of $500.000, and any other relief it deems necessary.

Date: 12/5/05

_James E. [Signature]_
Plaintiff(s) Signature

2

the charging officer was a decision maker at the disciplinary hearing. No written notice was given to plain, no written statement was given by the factfinders to the plaintiff about the evidence used to find guilt. The plaintiff was not allowed to call any of the witnesses that witnessed the incident concerning the assault.

Especially, when all the witnesses was questioned by some of the officials here at the jail while plaintiff was at court. None of the necessary requirements were followed according to disciplinary proceedings.