**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Patsy Hall
   Barbour Co. Jail
   24 Robertson Airpt Rd
   Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 12/14/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:05CV1165-T
Proc order + cmp

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 6057

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Marshall Williams, Jr.
   Sheriff
   Barbour Co. Jail
   24 Robertson Airpt Rd
   Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 12/14/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:05CV1165-T
Proc order + cmp

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 6040

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540