State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2          Rev. 2/95

# AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Case Number

IN THE _District_ (Circuit, District, or Municipal) COURT OF _Barbour_ (Name of County or Municipality), ALAB

STYLE OF CASE: _State of Alabama_ v. _James Griffin_
Plaintiff(s)                                Defendant(s)

TYPE OF PROCEEDING: _Pro. hearing_  CHARGE(s) (if applicable): _assault 1st, un_ _discharging firearm_

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this _____ that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to r attorney and I request that the court appoint one for me.

☑ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court a one for my child/me.

## AFFIDAVIT

SECTION I.

1. IDENTIFICATION
   Full name _JAMES E. Griffin_ Date of birth _9/1/6_
   Spouse's full name (if married) _____
   Complete home address _64 Jennings Street, Clayton, AL 3_
   Number of people living in household _____
   Home telephone number _____
   Occupation/Job _Disabled_ Length of employment _____
   Driver's license number _7117612_ *Social Security Number _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_
   Employer _____ Employer's telephone number _____
   Employer's address _____

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those apply.)

   ☐ AFDC    ☑ Food Stamps    ☑ SSI    ☑ Medicaid    ☐ Other_____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income                                                    $ _579.00_
   Spouse's Monthly Gross Income (unless a marital offense)               _____
   Other Earnings: Commissions, Bonuses, Interest Income, etc.           _____
   Contributions from Other People Living in Household                   _____
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc.                                  _____
   Other Income (be specific) _____                                    _____

   TOTAL MONTHLY GROSS INCOME                                            $ _579.00_

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage                                                      $ _____
      Total Utilities: Gas, Electricity, Water, etc.                     _____
      Food                                                               _____
      Clothing                                                           _____
      Health Care/Medical                                               
      Insurance                                                          _____
      Car Payment(s)/Transportation Expenses                            _$200.00_
      Loan Payment(s)

*OPTIONAL

LAUNDRY NO. _____ DRED _____

DESCRIPTION

ITEMS:                                 AMOUNT

CASH _____ PUT IN PROPERTY _____ PUT IN FOR STORE ____

BELT _1-Belt_____

JEWELRY _watch w/white Band___ Rings Cross & Chain Diamon metra

CHECKBOOK _Heart Shape necklace_____

COMB _____

DRIVER LICENSE _____

CLOTHES _____ Green + Blue shirt ___ Blue Jeans

SHOES _____

KEYS _Blue ring w/Keys_____

LIGHTER _____

TOBACCO PRODUCT _____

WALLET _1-Wallet_____

KNIFE _1-Knife_____

MISCELLANEOUS _____

I CERTIFY THAT THE ABOVE IS A CORRECT LIST OF ITEMS REMOVE
FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL

INMATE _James F. Griffin_____ ADDRE

OFFICER _____

RELEASE: I CERTIFY THAT THE ABOVE ITEMS WERE RECEIVED B
AT TIME OF RELEASE _____ INMATE _____

OFFICER _____

BARBOUR COUNTY JAIL WILL NOT BE RESPONSIBLE FOR ANY PRO
AFTER THIRTY (30) DAYS _____ INITIAL
NAME OF PERSON WHO PICKED UP PROPERTY AFTER SENT TO STATE
DATE _____

Form C-10  Page 2 of 2     R     C

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s)
Educational/Employment Expenses
Other Expenses (be specific) _____         A $ _____

Sub-Total                                                        B $ _____

B.   Child Support Payment(s)/Alimony
Sub-Total                                           $ _____

C.   Exceptional Expenses                                        $ 200 —

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)

Total Gross Monthly Income Less total monthly expenses:          $ 379

DISPOSABLE MONTHLY INCOME

4.   LIQUID ASSETS:
Cash on Hand/Bank (or otherwise available such as stocks,        $ _____
bonds, certificates of deposit)                                 _____
Equity in Real Estate (value of property less what you owe)      _____
Equity in Personal Property, etc. (such as the value of
motor vehicles, stereo, VCR, furnishing, jewelry, tools,
guns, less what you owe)
Other (be specific) _____
Do you own anything else of value? ☐ Yes ☐ No                   _____
(land, house, boat, TV, stereo, jewelry)
If so, describe _____             $ 0

TOTAL LIQUID ASSETS

5.   Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statem
to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized rep
obtain records of information pertaining to my financial status from any source in order to verify information provided by
understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pa
the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this                          _____
                                                                Affiant's Signature
28__ day of October, 2005
_____                                         James D. Gritt
                                                                Print or Type Name
Judge/Clerk/Notary

ORDER OF COURT

SECTION II.
IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is o
   $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of cou
   ordered and disbursed as follows: _____
☑ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that Tom Kelly _____, is hereby appointed as co
affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of
expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this 28th day of October 2005                              _____
                                                                Judge

MEDICAL SHEET

INMATE QUESTIONNAIRE

11. Do you have or have you ever had any of the following:

| N | a. allergies | N | f. fainting spells | | k. seizures |
| | b. arthritis | | g. heart condition | | l. tuberculosis |
| | c. asthma | | h. hepatitis | | m. ulcers |
| | d. diabetes | | i. high blood pressure | | n. venereal disea |
| | e. epilepsy | | j. psychiatric disorder | | o. other (specif) |

P.__AIDS VIRUS  __HANDS  __HEARING____

12. For females only:

___ a. Are you pregnant?

___ b. Do you take birth control pills?

___ c. Have you recently delivered?

N  13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any medication prescribed by a doctor?

15. Are you allergic to any medication?

Y  16. Do you have any handicaps or conditions that limit activity? Brokeneck

N  17. Have you ever attempted suicide or are you thinking about it now?

18. Do you regularly use alcohol or street drugs?

19. Do you have any problems when you stop drinking/using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

Medical Insurance: _____    Personal Doctor: _____

Marital Satus: NO

Emergency Contact: Mary Curtin  334 775 2440  Relationship: SiSter

Address: 64 Jennings St

City: Clayton    State: AC  Zip: 51011

820 West Washington Street
Eufaula, AL  36027
1-334-688-7000

# Patient Teaching Instructions
## GRIFFIN, JAMES E - 7015261

Date discharged: 10/27/2005
Time discharged: 23:27

You have been diagnosed and treated by our emergency care provider.  These discharge instructions have been prepared for you in order that you better understand your condition, and how this condition may affect you now that you have been discharged from our emergency room.  Please read these instructions carefully, and do not hesitate to call us if you have any questions.

Your emergency care provider was:

DARIUS K BROWN

## Special Instructions
FOLLOW UP WITH YOUR DOCTOR AS NEEDED. PLEASE FEEL FREE TO RETURN TO ER ANYTIME.

Referred to:
OOT PHYSICIAN

Phone:
Hours:
Follow up in 4 days.
Call for an appointment

The exam and treatment you received today has been provided on an emergency basis only.  This is not a substitute for complete medical care.  **You, not Lakeview Community Hospital**, are responsible for arranging and obtaining follow-up care with a doctor or other healthcare provider, which includes making arrangements for payment.  If your problem worsens or new symptoms appear and you are unable to arrange prompt follow-up care, call or return to this emergency room.

If you had EKG's or X-rays done in the Emergency Department, they will be reviewed by a specialist.  If their interpretation is different from the emergency care provider, you or your physician will be notified.

If you had cultures done, results are usually available within 48-72 hours.  If the results indicate a need for re-evaluation or change in treatment, you or your physician will be notified.

820 West Washington Street
Eufaula, AL 36027
1-334-688-7000

## Patient Teaching Instructions
GRIFFIN, JAMES E - 7015261

MUSCLE SPASMS

WHAT IS A MUSCLE SPASMS?
A muscle spasm occurs when there is an involuntary, sudden
violent contraction of a muscle or group of muscles.  These
contractions cause pain and stiffness in the area of the muscle.
The pain may begin immediately after or even hours after the
exertion or injury that caused the spasm.  Often the cause is
not clear.

WHAT SHOULD I KNOW AND DO FOR A MUSCLE SPASM?
- Rest and avoid exertion until the pain is gone.
- Ice packs (on for 20 minutes each hour) may help if used
  within 24 hours of injury.
- Warm, moist heat offers the most relief for the pain after
  the first 24 hours.
- Use medication as prescribed by the doctor.

WHEN AND WHY SHOULD I FOLLOW UP WITH THE DOCTOR?
- If you develop any numbness and tingling in your arms
  or legs that last longer than a few moments.
- If you are unable to walk or move due to pain.
- For any other problems that concern you.

Your condition may benefit from outpatient rehab therapy services.
Please ask for this referral or more information.

0103

820 West Washington Street
Eufaula, AL 36027
1-334-688-7000

## Patient Teaching Instructions
GRIFFIN, JAMES E - 7015261

CERVICAL STRAIN

WHAT CAUSES CERVICAL STRAIN?
Neck or cervical pain is usually related to strain -
over stretching of muscles or ligaments of the neck or
shoulder. The most common causes are car accidents,
athletics, exercise classes, and poor sleeping positions.
Muscle strain of the neck is usually extremely painful
and bothersome, but is usually not serious. The pain may
last from a few days to a month or more, and is usually
worse in the mornings.

WHAT SHOULD I KNOW AND DO FOR CERVICAL STRAIN?
- Most cervical strains heal in 3 or 4 days. Severe neck
  strains may take several weeks to heal completely.
- Your doctor may give you medicines to help the muscles to
  relax. Take them exactly as directed. DO NOT drive
  while taking these medicines.
- Resting may help the discomfort of traumatic injuries.
  Avoid activity that increases the pain.
- You may have been given a soft neck collar to wear. Some
  people find this very helpful in helping you to relax.
  Wear this collar as much as you can. You can sleep with
  it on. Do not get the collar wet.
- If you have neck pain from strenuous or athletic
  activity, you should continue with your usual activities
  unless your doctor tells you otherwise.
- Using ice packs every few hours for the first 2-3 days
  may help with discomfort and healing.
- You may use heating pads, hot showers, or hot towel
  compresses 3 or 4 times a day for 20 minutes to help
  relax the muscles.
- Gentle and firm massages may help your soreness.
- A consistent routine of exercise will help to prevent
  muscle  pain.

WHEN AND WHY SHOULD I FOLLOW UP WITH THE DOCTOR?
- If your pain is getting worse and not better.
- If the pain moves or shoots down your arms.
- If you develop any weakness, numbness or tingling.
- If you are not feeling better in 6 to 8 days.
- If you develop numbness or tingling of the affected area.
- If something really concerns or worries you about your
  muscle pain.

Your condition may benefit from outpatient rehabilitation
therapy services. Please ask for this referral or for more
information.

0409

820 West Washington Street
Eufaula, AL 36027
1-334-688-7000

## Patient Teaching Instructions

GRIFFIN, JAMES E - 7015261

MOTRIN (ibuprofen)

THIS MEDICINE IS USED TO HELP RELIEVE PAIN AND INFLAMMATION.
IT IS SOMETIMES USED FOR FEVER.

- Take this medicine with a full glass of water and stay in
  a sitting or standing position for 15-30 minutes after
  administration.
- Take medicine exactly as the doctor or the package says.
  If dose is missed it should be taken as soon as remembered
  but not if almost time for next dose. Do not take double
  doses.
- This medication may cause drowsiness or dizziness. Avoid
  driving or other activities requiring alertness until
  response to medicine is known.
- Avoid using alcohol, aspirin, acetaminophen, or other
  over-the-counter medicines without talking to your doctor
  or pharmacist first.
- Tell your doctor or dentist if you are taking this or any
  other medicine before beginning other treatments or surgery.
- Do not take the over-the-counter ibuprofen preparations for
  more than 10 days for pain or 3 days for fever without
  talking to your doctor first.
- Talk to your doctor if you are not improving while taking
  this medicine.
- Notify your doctor if you have rash, itching, chills, fever,
  muscle aches, trouble seeing, weight gain, swelling, black
  stools, or headache that does not go away.
- Possible common side effects are: headache, dizziness,
  nausea, vomiting, stomach bleeding, rash, liver problems,
  kidney problems or blood abnormalities.
- DO NOT TAKE this medicine if you are allergic to ibuprofen,
  have asthma, kidney or liver disease.

0405

820 West Washington Street
Eufaula, AL 36027
1-334-688-7000

## Patient Teaching Instructions
GRIFFIN, JAMES E - 7015261

FLEXERIL (cyclobenzaprine)

THIS MEDICINE IS USED AS MUSCLE RELAXANT.

- Take medicine exactly as directed.  If a dose is missed, take within one hour or wait until the next dose. Do not take double doses.
- This medicine may cause drowsiness, dizziness, or blurred vision.  Avoid driving or other activities requiring alertness until response to the medicine is known.
- Avoid use of alcohol or other medicines that may make you drowsy.
- Increasing fiber in diet and drinking lots of fluids will help to avoid constipation.
- Call your doctor if you have trouble passing urine or a full feeling in your stomach.
- Good oral hygiene, frequent mouth rinses, and sugarless gum or candy may help relieve dry mouth.
- You may take this medicine with food go avoid stomach upset.
- Possible common side effects are: dizziness, weakness, nausea, sleepiness or irregular heart beats.
- DO NOT TAKE this medicine if you are recovering from a recent heart attack, have congestive heart failure or thyroid disease.

0405

State of Alabama
Unified Judicial System

# WARRANT AND AFFIDAVIT

DISTRICT COURT OF
BARBOUR COUNTY

Case Number
05-10-478

Before me the undersigned Judge/Clerk/Magistrate of the District Court of Barbour County, Alabama, personally appeared **WILLIE C. WALTON** who being by me first duly sworn deposes and says that he/she has probable cause for believing, and does believe that within twelve months within said County on or about **10/18/05** one **JAMES GRIFFIN** whose name is otherwise unknown to the complainant did:

**WITH INTENT TO CAUSE SERIOUS PHYSICAL INJURY TO WILLIE C. WALTON, HE CAUSED SERIOUS PHYSICAL INJURY TO HIM BY HITTING HIM IN THE HEAD WITH A GUN**

In violation of **13A-6-20** of the Code of Alabama, against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the **21** day of **October** **2005**

_Janice L Clark_
Clerk/Magistrate of District Court

_Willie c Walton_
Complainant's Signature
#6 Westfield Court
Clayton, Alabama    36016

WITNESSES FOR THE STATE

**CURLISHA SCOBIL**          **CRTISHO SCOBIL**

---

STATE OF ALABAMA
**BARBOUR COUNTY**
CLAYTON

# WARRANT OF ARREST

DISTRICT COURT
Warrant Number
2005-296

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

You are thereof commanded to arrest **JAMES GRIFFIN** and bring him/her before the DISTRICT COURT OF BARBOUR COUNTY, to answer the State of Alabama on a charge of

**ASSAULT: FIRST DEGREE**

Code **13A-6-20**    Class **B**    **Felony**

and have you then and there this writ with your return thereon **11/2/05** at **9:00 AM**

Dated this **21** day of **October** **2005**

_Janice L Clark_
Clerk/Magistrate of District Court

---

Defendant's Address
**64 JENNING ST**
CLAYTON          AL

| Race | Sex | DOB |
|------|-----|-----|
| B | M | 09-01-1960 |

| Hgt | Wgt | Hair | Eyes |
|-----|-----|------|------|
| 67" | 215 | BLK | BRO |

SSN
**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**

DL Number          State

# WARRANT OF ARREST

THE DISTRICT COURT OF
BARBOUR COUNTY

THE STATE OF ALABAMA

v.

**JAMES GRIFFIN**

Executed the within Warrant by Arresting the within named Defendant. After arrest, the defendant was:

☐ Released as authorized at _____
☐ Taken before  ☐ Judge  ☐ Magistrate
☐ Committed to Jail

This _____ day of

_____

_____
Signature          Title

_____
Agency

NAME: _James Griffin_ DATE _10-25-5_

ADRESS: _64 Jenney St_

D.O.B. _9/16_ AGE _44_ RACE _B_ SEX _M_ HT. _5'1_

WT. _215_ EYES _B/O_ HAIR _B/K_ STATE _AIS_

SSN: _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_ OFFENCE _Assu 1f 1st_

DEPT. _Clayton P.D._ OFFICER _20 s_

CELL _525_ BOND _$20,000.00_ HOLDS _____

TATOOS _Both arms_

SCARS _____

INCIDENT REPORT NARRATIVE
SUPPLEMENT
(CONTINUED)          PAGE ___ OF ___

About 7:50 Am Chris David Lee. Call up
to' tell me. CJ-3 that Jame Griffin had
hit the floor I went to see what happen
he told me that he could not move. So I Call
up front to tell them. I went back to
see about him. And Chris David Lee told me
When James Griffin was walking out the cel.
his feets went up and he hit the floor.

Saturday 26, 2005
Time 7:50 Am
5N Block
Office in Back  HARRIS  CJ-3

No Water on Floor
Not anything that would caus him to foll

10/26/05

Around 10:53 am. I advised 614 & 201 they needed to come to the jail rit to James Griffin kicking the door & shaking it all because I (Arlene Gingles) told him he would have to make the phone call to the school he was attending later only Callie Heath & myself was working at the jail. Officer Upshaw & Chief Patrick talked to him. Officer Upshaw told him he could make a call later.

## BARBOUR COUNTY JAIL
### INMATE'S LOSS OF PRIVILEGES

James Griffith
**INMATE'S NAME**

11/13/05
**DATE**

S/N
**BLOCK #**

| VIOLATION | PRIVILEGE TO LOSE VISITATION STORE CALL OTHER | DATE TO LOSE PRIVILEGE |
|---|---|---|
| Cursing an officer | visitation | 11-20-05 - 12-11-05 4 weeks |
| | | |
| | | |
| | | |

**COMMENTS:** As I was standing in the cube preparing medication for another Inmate James called my name and when I didn't answer, he stepped outside of Special Needs block and starting cursing at me and calling me out of my name. And then he threatened to do something to me when he gets out of jail.

11/13/05 @ 4:30 am
**DATE and TIME**

Ebony Woods / CO11
**OFFICER'S NAME / ID**

**DATE and TIME**

**SUPERVISOR'S NAME / ID**

SEND COPIES TO     BLOCK CUBE     DISPATCH / OFFICE     INMATE'S FILE     JAIL ADMINISTRATOR

## BARBOUR COUNTY JAIL
### INMATE'S LOSS OF PRIVILEGES

James Griffith _____ 11-14-05 _____ S/N
**INMATE'S NAME**                      **DATE**                    **BLOCK #**

| VIOLATION | PRIVILEGE TO LOSE<br>VISITATION<br>STORE CALL<br>OTHER | DATE<br>TO LOSE<br>PRIVILEGE |
|---|---|---|
| Cursing an Officer<br>Threating an Officer | Take out a Warrant | |
| | | |
| | | |
| | | |
| | | |

COMMENTS: Ms. Patsy I had wanted to take out
a Warrant on James Griffith Because he keeps
On Making threats towards me and today he
threatened to Shoot me. With a gun. When I
told him that I was going to take him to Court
he cursed at me and told me that he will
threatened the Judge.

11-17-05 @ 5 Am _____ Ebony Woods / CJ-11 _____
**DATE and TIME**                        **OFFICER'S NAME / ID**

_____                          _____
**DATE and TIME**                        **SUPERVISOR'S NAME / ID**

SEND COPIES TO    BLOCK CUBE    DISPATCH / OFFICE    INMATE'S FILE    JAIL ADMINISTRATOR

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☒ Yes | ☐ Yes |
| ☒ No | ☒ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

### IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0600A200 | CLAYTON Police Dept | 05-10- | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| GRIFFIN James | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | □ SCARS | ☒ MARKS | ☐ TATOOS | ☐ AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | B | 5 | 170 | BR | BLK | DK | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Tampa Hillsboro FL | 266-15-11-191 06 | 09 08 60 | 45 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | 7117612 | AL |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☐ RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| ☒ NON-RESIDENT | 64 Johnnie St Clayton | (334) 775-2440 | Disabled |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|
| | | |

### ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| FOODGIANT Parking LOT | | ☐ IN STATE ☐ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☒ SOBER | ☐ YES ☒ NO | ☒ NONE | ☐ Y ☒ X | ☐ HANDGUN ☐ OTHER FIREARM |
| ☐ DRINKING ☐ DRUGS | | ☐ OFFICER ☐ ARRESTEE | ☐ UNKNOWN | ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 10 25 05 | 1 15 ☐ AM ☒ PM ☐ MIL. | S M T ☒W T F S | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☐ YES ☒ NO |

| 46 CHARGE—1 ☐ FEL ☒ MISD | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| Assault | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 56 CHARGE—3 ☐ FEL ☒ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☒ MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ TOT—LE ☐ BAIL ☐ OTHER ☐ RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

### VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP GRAY BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | Chvy | NOVA | 4D | GRAY | | | |

| 78 VIN | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|
| | |

### JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

### RELEASE

| 91 DATE AND TIME OF RELEASE M D Y : ☐ AM ☐ PM ☐ MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| |

| | LOCAL USE |
|---|---|
| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| Albert Allen | 202 | Patrick Robert | 201 | | |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

BARBOUR COUNTY JAIL INCIDENT

## INCIDENT REPORT

INMATE NAME  Griffin                 James

LAST                       FIRST              MIDDLE

MASTER ID # _____ DOB: _____

SOCIAL SEC. # _____

DATE OCCURRED: ___ 10-26-05

TIME OCCURRED: ___ 10⁰⁰ AM

PLACE OF INCIDENT: _____

_____ NON-INMATE INCIDENT

NARRATIVE:

Around 10⁰⁰ AM James Griffin ask Me (Callie) to ask Mrs Arlene to Call back To Special Need. Mrs. Arlene advised Me (Callie) that James wanted to Use the Phone To Call to a University that he was enrolled in to keep from losing $1,200.⁰⁰ he had Paid out. She (Mrs Arlene) Say She advised James Griffin that She was Short of help that She was the Only One up front and as Soon as Mrs. Patsy or George Return She would let him use the Phone. Shortly after that James Griffin begin to beat, kick and bang On Special Need door. He then yelled out Tell Mrs Arlene To Stop bull-Shiting. He Kicking and bang so hard until you Could hear him up front.

SIGNATURE OF EMPLOYEE/DATE AND TIME: Callie Heath     10-26-05

NAME AND TITLE (PRINT): _____

INCIDENT REPORT DELIVERED TO/DATE AND TIME: _____

SIGNATURE OF SUPERVISOR RECEIVING REPORT/DATE AND TIME: _____

_____ ADDITIONAL PAGES FOLLOW                          PAGE 1 OF ____

Nov 7th

James I was Told you had your Hair Cut the 3rd And offered a razor on Friday Refused because of bumps you get from Shaving.

Hair Cuts Thur 2nd shift
Razors Friday - 2nd Shift.

P. Hall

Collie
Heath Gave Cuffor Copy.

10-27-5

James Griffin Wasn't Complaining about his neck until around 8:30pm after he was locked down he also was not acting like he was hurt when he came up front waiting for Lt. Hamric to take him to E.R.

# BARBOUR COUNTY JAIL
## INMATE REQUEST FORM

_1/5/06_
**DATE**

_8:45 A.M._
**TIME**

_James Griffin_
**INMATE'S NAME**

_3/n_
**CELL #**

### TYPE OF REQUEST
#### (CIRCLE ONE)

1. MEDICAL    2. DENTAL    3. GRIEVANCE    4. SPECIAL VISIT    5. OTHER

**BRIEFLY STATE YOUR REQUEST:** _I need to talk to Patsy Hall about getting to Bullock County Jail A.S.A.P._

_James Griff_
**INMATE'S SIGNATURE**

**OFFICER'S SIGNATURE**

DO NOT WRITE BELOW LINE

**OFFICER'S REPLY:** _Not going to Bullock 60' order unless County Jail P. Hall_

**ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH**
**THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR**

| INMATE | INMATE FILES | DISCIPLINARY BOARD | OTHER |

**SUPERVISOR'S SIGNATURE**

**DATE**

**ADMINISTRATOR'S SIGNATURE**

**DATE**

REVISED 05/17/2004

*Attertio: PATSY HALL*

## BARBOUR COUNTY JAIL
### INMATE REQUEST FORM

**DATE** 1/5/06

**TIME** 8:45 A.M.

**INMATE'S NAME** James Griffin

**CELL #** S/N

### TYPE OF REQUEST
#### (CIRCLE ONE)

1. MEDICAL     2. DENTAL     3. GRIEVANCE     4. SPECIAL VISIT     (5. OTHER)

**BRIEFLY STATE YOUR REQUEST:** I need to talk to Patsy Hall about getting to Bullock County Jail A.S.A.P.

**INMATE'S SIGNATURE** James Griffin          **OFFICER'S SIGNATURE**

**DO NOT WRITE BELOW LINE**

**OFFICER'S REPLY:** Not going to Bullock County Jail unless 601 orders. P. Hall

ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH
THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR

INMATE     INMATE FILES     DISCIPLINARY BOARD     OTHER

**SUPERVISOR'S SIGNATURE**          **DATE**

**ADMINISTRATOR'S SIGNATURE**          **DATE**

REVISED 05/17/2004

LAUNDRY NO. _____                          DESCRIPTION

                              AMOUNT
ITEMS:

                        PUT IN PROPERTY                    PUT IN FOR STORE

CASH _____

BELT _1- Belt_____

JEWELRY _Watch w/ white band_ 2 Rings  Cross Chain  Diam. metal in_

CHECKBOOK _Heart Shape necklace_____

COMB _____

DRIVER LICENSE _____

CLOTHES _____ Green + Blue shirt _____ Blue Jean_____

SHOES _____

KEYS _Blue ster w/ Keys_____

LIGHTER _____

TOBACCO PRODUCT _____

WALLET _1- Wallet_____

KNIFE _1- Knife_____

MISCELLANEOUS _____

ICERTIFY THAT THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED
FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL

                    INMATE _James J. Hight_____   ADDRESS:

                    OFFICER _____

RELEASE:  ICERTIFY THAT THE ABOVE ITEMS WERE RECEIVED BY M

AT TIME OF RELEASE_____ INMATE_____
                                                              D

    OFFICER _____

BARBOUR COUNTY JAIL WILL NOT BE RESPONSIBLE FOR ANY PROPE
AFTER THIRTY (30) DAYS _____ INITIAL
NAME OF PERSON WHO PICKED UP PROPERTY AFTER SENT TO STATE.
                                              DATE_____

NAME _James_ _b_ _Flin_ _____ OPERTY #_____

OFFENCES _Assault_ _2nd_ _____ STATE CODE#_____

_____ STATE CODE#_____

SEX _M_ RACE _B_  ADDRESS _64_ _Jennings_ _St._ _____

DOB _4-1-60_ AGE _45_ CITY _Clayton_ _____ STATE _AC_ ZIP _36016_

HEIGHT _5'7_ PHONE_____ DRIVER LIC_____ STATE _____

WEIGHT _215_ LBS    EMPLOYER _____N0____ POSITION _N0_

HAIR COLOR _BlK_ _____WORK NUMBER _N0_ _____ SSN _266 50 - 9106_

EYE COLOR _Bro_ _____PLACE OF BIRTH _Tampa_ _Fl._ ____ STSTE ____

BUILD _med_ _ Complexion _DK_ _____ SCARES/TATTOES _____

EDUCATION _ged_ RELIGION _Hebrew Isrile_ BELONG TO GANG?_____ NAME_____

ALT.ID_____ FBI_____ NCIC FPC_____

ARRESTING OFFICER _A 00_ _____ NAME OF DEPT. _Clayton_ _P.O._

WARRENTS NO_____ COURT DATE_____ REPORT TAKEN_____

SEARCHED BY _Blmg_ _____PHOTO TAKEN _yes_ _____ PRINTS_____

VISUAL ASSESSMENT BY BOOK-IN OFFICER

DOES INMATE NEEDED MEDICAL ATTENTION IF SO OFFICER NEEDS TO TAKE TO
DOCTOR OR EMERGENCY ROOM NOW.

_N__ IS INMATE UNCONSCIOUS?

____ DOES INMATE HAVE ANY VISIBLE SIGNS OF TRAUMA,ILLINESS,PAIN OR
     BLEEDING, REGUIRING MEDICAL ATTENTION?

____ FEVER,SWOLLEN LYMPH NODES,JAUNDICE OR ANY INFECTION THAT MIGHT
     SPREAD THROUGH THIS FACILITY?

____ ANY SIGNS OF SKIN CONDITION,VERMIN,RASH,OR NEEDLE MARKS?

____ ANY SIGNS OF UNDER THE INFLUENCE OF DRUGS OR ALCOHOL?

____ SIGNS OF WITHDRALAL FROM DRUGS OR ALCOHOL?

____ DOES BEHAVIOR SUGGEST RISK OF SUICIDE OR ASSAULT?

____ IS INMATE CARRING MEDICATION?

____ DOES INMATE HAVE ANY DEFORMITIES?

_0__ DOES INMATE APPEAR TO HAVE PSYCHIATRIC PROBLEMS?


BOOK-IN OFFICER _____

DATE RELEASED_____ TIME_____ HOW RELEASED_____

          OFFICER _____

## BARBOUR COUNTY JAIL
### INMATE REQUEST FORM

11/8/05
**DATE**

3:41 P.M.
**TIME**

James Griffin
**INMATE'S NAME**

S/N
**CELL #**

### TYPE OF REQUEST
(CIRCLE ONE)

1. MEDICAL    2. DENTAL    3. GRIEVANCE    4. SPECIAL VISIT    5. OTHER

**BRIEFLY STATE YOUR REQUEST:** Violation of the Eight Amendment Promulgated in the United States Constitution. On Nov. 3, 2005 at approximately 3:00 P.M. Inmate James E. Griffin, Requested to have a hair-cut and

_____        _____
**INMATE'S SIGNATURE**                **OFFICER'S SIGNATURE**

**DO NOT WRITE BELOW LINE**

**OFFICER'S REPLY:** James Griffin got a hair cut on Thurs nite Nov 3. I CJ6 allowed Tim Foster into lockdown w/ Griffin. I later looked into special needs block & the clippers w/ extension cord was in cell #149 as well as Mr. Foster & Mr. Griffin refused razor fix. When cell block was offered - he advised he trimmed beard w/ clippers razor med bumps

CJ6 _____ Tea

ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH
THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR

INMATE    INMATE FILES    DISCIPLINARY BOARD    OTHER

_____        _____
**SUPERVISOR'S SIGNATURE**                **DATE**

_____        _____
**ADMINISTRATOR'S SIGNATURE**                **DATE**

Cont:

Shave, he was told that he was not allowed to have one, due to lock-down status. According to the provisions setforth in Wolff v. McDonnell, 418 U.S. 539, 94 S. Ct. 2963 (1974). That states in pertinent part: "that a pre-trial or Convicted felon does not relinquish their rights to the 14th Amendment, nor the Equal Protection of the laws Clause. Therefore, keeping my hair-cut and shave up to par is guaranteed by the United State Constitution, along with the Policy, Procedure and directives that govern the Barbour County Jail.

WHEREFORE; this grievant Would demand that this violation of his Constitution Rights be Corrected immediately.

Respectfully Submitted,

James Griffin

After review of the Affidavit of Indigency, you have been granted status and have been

appointed an attorney, whose name is circled below.  If you have not heard from your

attorney within the next seven (7) days, you will need to contact them as soon as possible.

## · INDIGENT ATTORNEYS

Hon. Kirke Adams
P.O. Box 10
Clayton, AL 36016
(334) 775-3508

Hon. Matt Horne
P.O. Box 226
Clayton, AL 36016
(334) 775-9836

Hon. Karen Benefield
P. O. Box 213
Eufaula, AL 36072
(334) 687-3808

Hon. Rebecca G. Kelly
P.O. Box 605
Clayton, AL 36016
(334) 775- 8009

Hon. Paul Brunson
P.O. Box 475
Clayton, AL 36016
(334) 775- 8555

Hon. Thomas F. Kelly, Jr.
P.O. Box 605
Clayton, AL 36016
(334) 775-8009

Hon. David Hatfield
P.O. Box 1174
Eufaula, AL 36072
(334) 687-4287

Hon. Gary New
P.O. Box 926
Eufaula, AL 36072
(334) 687-5035

Hon. John Robertson
P.O. Box 218
Clayton, AL 36016
(334) 775-9900

State of Alabama
Unified Judicial System

Form C-80    Rev. 8/2000

# ORDER
## ON INITIAL APPEARANCE

Case Number

IN THE _Circuit District_ COURT OF _Barbour_, ALABAMA
(Circuit, District or Municipal)        (Name of County or Municipality)

☒ STATE OF ALABAMA _STATE_
☐ MUNICIPALITY OF _____     v. _JAMES D. GRIFFIN_
                                        Defendant

The above-named defendant, charged with the criminal offense(s) of _Assault 1st Assault 2nd Discharging firearm into building_ was duly brought before the Court for initial appearance on _10/28/05_, at _10:00_ o'clock _A_.m., whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE):*

☒ 1. Name and address of defendant.
    ____ (a) Ascertained the true name and address of the defendant to be:
        _James D. Griffin_
        _(c) Jennings Street, Clayton, AL. 36016_
    ____ (b) Amended the formal charges to reflect defendant's true name.
    ✓ (c) Instructed the defendant to notify the Court promptly of any change of address.

☒ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☒ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☒ requested   ☐ did not request court-appointed counsel. If requested counsel, defendant ☒ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☒ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be used against him/her.

☒ 5. Bail
    ____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    ✓ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), A.R.Cr.P., and subject to the following additional conditions:
        ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____
        ✓ 2.) Execution of a secured appearance bond in the amount of $ _50,000.00_.
        ____ 3.) Other conditions (specify) _____

☒ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, A.R.Cr.P., and of the procedure by which that right may be exercised.

☒ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _Barbour Co   AL_, an _November 15, 2005 (Clayton)_ (date) at _9:00_ o'clock _A_.m.
    ✓ (a) Notified the District Court that such demand was made.
    ____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

_10-28-2005_                              _Charlie Whatt_
Date                                      Judge/Magistrate

INCIDENT REPORT NARRATIVE
SUPPLEMENT
(CONTINUED)                    PAGE 1 OF 2

Mrs. Arlene proceeded by Calling Deputy Upshaw + Chief Patrick (Since he belong to the City). Cheif Patrick Arrived first - He Came back To Special Need door and ask James what was wrong he began telling him in a loud Voice that he need to make a phone Call. Cheif Patrick Advised him that Mrs Arlene was up front along, And to Calm down She would take Care of him when she Could. Then Officer upshaw Came to Special Need door to assist Cheif Patrick. James Start Screaming who the Hell are you. What the Fuck you want to do, And all kinds of Bad language. Officer upshaw ask for the door to be poped. Himself + Cheif Patrick went in to try to talk to James Griffin. He Cussed and fussed at Officer upshaw for a while then he finally Calm down. Officer upshaw and Cheif Patrick Exit the Jail.

## BARBOUR COUNTY JAIL
### INMATE REQUEST FORM

11/19/05
DATE

1:20 p.m.
TIME

_James Griffin_
INMATE'S NAME

S/N
CELL #

### TYPE OF REQUEST
(CIRCLE ONE)

(1. MEDICAL)   2. DENTAL   3. GRIEVANCE   4. SPECIAL VISIT   5. OTHER

BRIEFLY STATE YOUR REQUEST: To Whom this may Concern, I need
to see a nurse or doctor about my left foot, becaus
it hurts and is swollen.

_James Griffin_
INMATE'S SIGNATURE

_____
OFFICER'S SIGNATURE

DO NOT WRITE BELOW LINE

OFFICER'S REPLY: _____

_DR. appt w/ Maxwell @ 8:30 AM_
_11-23_

ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH
THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR

INMATE    INMATE FILES    DISCIPLINARY BOARD    OTHER

r apper
Beck
✓ C. Jones
✓ R. Govan
N.Givon
H. Baxier

_____
SUPERVISOR'S SIGNATURE

11-21-05
DATE

_____
ADMINISTRATOR'S SIGNATURE

_____
DATE

REVISED 05/17/2004

*Attent. t. Linda ☐ y*

## BARBOUR COUNTY JAIL
### INMATE REQUEST FORM

*11/20/05*
DATE

*James Griffin*
INMATE'S NAME

*10:30 A.M.*
TIME

*8/N*
CELL #

### TYPE OF REQUEST
(CIRCLE ONE)

1. MEDICAL   2. DENTAL   3. (GRIEVANCE)   4. SPECIAL VISIT   5. OTHER

BRIEFLY STATE YOUR REQUEST: *The arbitrary taking of my Visitation Should be investigated and repaired because a reason for taking my Visitation, is not docketed. √THEREFORE it should be Void.*

INMATE'S SIGNATURE

OFFICER'S SIGNATURE

DO NOT WRITE BELOW LINE

OFFICER'S REPLY: *Has been Seen and decided it would Stay as is per P. Hall   11-22-05*

ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH
THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR

INMATE   INMATE FILES   DISCIPLINARY BOARD   OTHER

SUPERVISOR'S SIGNATURE                     DATE

ADMINISTRATOR'S SIGNATURE                  DATE

REVISED 05/17/2004

**GRIFFIN, JAMES**          **CHART#: 1121**          **DOB: 09/01/60**

**11/16/05**                              **ALLERGIES:** _____

**CC:** Mr. Griffin comes in accompanied by one of the officers of the Sheriff's Department. Apparently, James is incarcerated for an offense at the Barbour County Jail. He has been having some neck pain and apparently he was allowed to see a different physician, Dr. Jackson. Apparently, these physicians refused to see him because of some intimidation factors. I have talked to the Sheriff before James came to the office this morning because he was calling my office looking for somebody that would take care of this patient because he believed him to be having pain and he wanted him checked out. I did tell Sheriff Williams that I would not mind at all. I have seen James as a patient independent and privately previously. I have seen James as a patient independent and privately previously. Things that have developed since I last saw James, he has seen Dr. Woodam and Dr. Voss with some previous neck pains that he received in a motor vehicle accident and apparently a ruptured disk and he has since undergone an anterior arthrodesis of probably C3-4 and C4-5 vertebrae as best I can tell. They did an anterior approach and corrected this in February of 2003. He has had some intermittent pain problems since that period of time. He has managed it pretty good and he did get relief from the surgery; however, just as many anterior arthrodesis patients have pain, he does continue to have pain too unless he is able to position well during his restful times.

**PMH:** Otherwise is fairly benign. He has no problems with his eyesight. No breathing difficulties. No heart problems.

**PSH:** Significant for that as above.

**FAMILY HX:** Significant for diabetes and hypertension.

**SOCIAL HX:** He is married and he has 2 children that are in good health. He is alienated from these children. He smokes about 10 cigarettes per day. He only consumes rare alcohol on occasion. He does use marijuana products on an out free occasion.

**PHYSICAL EXAM:** Ht 5'7 ½", Wt 180, BP 130/78, T 97.3, P 74, R 18. HEENT: Does indeed show cervical circumference consistent with his stated past history of surgery. Range of motion is a little bit restricted, but he still has good range of motion and it is equal bilaterally in the rotational left and rotational right, flexion and extension. Arm musculature and everything is well developed, but range of motion and everything of his extremities is all intact. His balance is good. Chest: Clear. Heart: Normal S1 and S2 with no S3 or S4. No murmurs, rubs, or clicks. Abdomen: Bowels, kidneys, everything is doing well. There is no history of any ulcerative disorders or otherwise. He has multiple scars, some on the right arm. He has had some gunshot wounds in the past.

**GRIFFIN, JAMES**　　　　　**CHART#: 1121**　　　　　**DOB: 09/01/60**

**11/16/05**　　　　　　　　　　　　　　　　**ALLERGIES:** ⎣⎦⎰⎱⎲ 

**Continued...**

He has a retained fragment in the inner aspect of the right thigh, but overall his biggest complaint is the myalgias and the discomfort associated with the anterior arthrodesis that was done so many years ago. Due to his unfortunate situation as an incarcerated person waiting judgment or whatever for a disposition, he is finding himself in a confined area on bedding that is probably less than desirable and probably padding that he is not used to. With regard to the pains that he is having in the neck, I do concur that he is having arthralgias and I suggested methods to him, interventional methods that hopefully will be advisable and mendable in the jailhouse setting and also in an effort to control James' pain as well.

**IMPRESSIONS:**
1.　　　Multiple myalgias, status post cervical anterior arthrodesis.

**PLAN:** I will place him on naproxen sodium and I have asked the jailer to furnish Tylenol 1 dose along with that and this on a twice a day basis to be taken with medicine. I also suggested a regular bath towel folded lengthwise rolled up in a tight log roll and taped x3 and told James and demonstrated to him how he could support his neck and find the comfort and I think that he will find this much beneficial to the kind of myalgias that he is having with this type surgery. I told him I personally have had this type of surgery and it has probably been the single biggest help towards any positioning mechanics during my sleep of any that I have found and I think that he will find this to be true also. Encouragement is given. Prescriptions are written. I have given those to Officer Derrick Rogers to be transported back with James and also recommendations. If there is anything further that I can do I will certainly do it in James' behalf if he desires it. Follow-up with him p.r.n.

　　　　　　　　　　　　　　　　　　　　　　　Wesley Marner, D.O.



# BARBOUR COUNTY JAIL
## INMATE REQUEST FORM

11/13/05
**DATE**

James Griffin
**INMATE'S NAME**

9:13 p.m
**TIME**

5/W
**CELL #**

### TYPE OF REQUEST
### (CIRCLE ONE)

(1. MEDICAL)  2. DENTAL  3. GRIEVANCE  4. SPECIAL VISIT  5. OTHER

**BRIEFLY STATE YOUR REQUEST:** To whom this may concern, I have a Continual problem with pain in my neck because it has been broken, and I need pain medications on a regular basis. Therefore, I need an appointment to see the doctor immediately.

_James Griffin_
**INMATE'S SIGNATURE**

**OFFICER'S SIGNATURE**

---

**DO NOT WRITE BELOW LINE**

**OFFICER'S REPLY:** Our doctor will not see him. Dr. Jackson

Dr. Marner 11-16-05 Saw him
Denied +x K 18:30

---

**ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH**
**THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR**

---

INMATE    INMATE FILES    DISCIPLINARY BOARD    OTHER

---

**SUPERVISOR'S SIGNATURE**                     **DATE**

**ADMINISTRATOR'S SIGNATURE**                  **DATE**

REVISED 05/17/2004

## BARBOUR COUNTY JAIL
### INMATE'S LOSS OF PRIVILEGES

James Griffeth
**INMATE'S NAME**

: 11/13/05
**DATE**

S/N
**BLOCK #**

| VIOLATION | PRIVILEGE TO LOSE VISITATION STORE CALL OTHER | DATE TO LOSE PRIVILEGE |
|---|---|---|
| Cursing an officer | Visitation | 11-20-05 - 12-11-05 4 weeks |
| | | |
| | | |
| | | |
| | | |

COMMENTS: As I Was Standing in the Cube preparing Medication for another Inmate James called My name and When I didn't answer, he Stepped Outside of Special Needs block and Starting Cursing at me and calling me Out of my name. And then he threatened to do Something to me When he gets Out of Jail.

11/13/05 @ 4:30 am
**DATE and TIME**

Ebony Woods / CJ II
**OFFICER'S NAME / ID**

**DATE and TIME**

**SUPERVISOR'S NAME / ID**

SEND COPIES TO    BLOCK CUBE    DISPATCH / OFFICE    INMATE'S FILE    JAIL ADMINISTRATOR

*Attention: Patsy Mae*

## BARBOUR COUNTY JAIL
### INMATE REQUEST FORM

DATE: 11/12/05

INMATE'S NAME: James Griffin

TIME: 10:44 p.m.

CELL #: S/N

TYPE OF REQUEST
(CIRCLE ONE) "Discrimination"

1. MEDICAL   2. DENTAL   3. (GRIEVANCE)   4. SPECIAL VISIT   5. OTHER

BRIEFLY STATE YOUR REQUEST: On several occasions I have requested medication, grievance forms, and push the Cell button while Your officer Ebony has been working in the Booth, and She has refused to answer the but give me grievance forms, medications and all the above

INMATE'S SIGNATURE: James Griffin

OFFICER'S SIGNATURE: _____

DO NOT WRITE BELOW LINE

OFFICER'S REPLY: _____

Nothing After 10:30 Lock Down
P. Hall unless Emergency
I Will Talk To E. Word.

ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH
THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR

INMATE   INMATE FILES   DISCIPLINARY BOARD   OTHER

SUPERVISOR'S SIGNATURE _____   DATE _____

ADMINISTRATOR'S SIGNATURE _____   DATE _____

REVISED 05/17/2004

*Cont.*

Yet in still, it seem as though she has a bed in 400 block because every 30-40 minutes she is inside the Cell. Now if this neglect, and discrimination Continues toward me, I will be forced to file further action to the Court under the 14th Amendment for discrimination.

Also, I know that your Policy Procedure and Directives does not allow the administration to administer this type of behavior. And if S. has a boyfriend over in 400 block, then she need to realize that he is not the only inmate that needs assistance, or maybe y'all need to re-fresh her memory with her job descriptions.

WHEREFORE, this grievant demands the discontinuation of this behavior immediate or further action shall be enforced.

Respectfully Submitted,

James Smith

# BARBOUR COUNTY JAIL

## MONTHLY MEDICATIONS SHEET

Month __10__   Year __05__

Block# __S/N__

Legend: R = Refused   O = Out

Inmate's Name: _James Griffin_

Officer's Initials to top of line / Inmate's Initials to bottom of line

191173
James Griffin
Take 1 Tab By Mouth
3x Daily Every Blistts
W/ Food
Ibuprofen 800mg

191173
Take 1 Tab By
mouth 3X Daily
Every 8 Hrs As
Needed for Pain
Naproxen 250 / x mg

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

```
                        BARBOUR COUNTY SHERIFFS OFFICE
  1/01/2005      09:56:14      MEDICAL SCREENING FORM                    PAGE 2
==================================================================================
Booking No: 050000371  Date: 10/26/2005  Time: 09:48  Type: NORMAL
Agency to Bill: BARBOUR COUNTY              Facility: COUNTY JAIL

Inmate Name: GRIFFIN JAMES                          Race: B         Sex: M
   DOB: 09/01/1960 Age:  45  SSN: 266 51 9106  Height: 5'07"  Weight: 210
----------------------------------------------------------------------------
```

_____ 13.  Have you recently been hospitalized or treated by a doctor?

_____ 14.  Do you currently take any non-prescription medication or medication
            prescribed by a doctor?

_____ 15.  Are you allergic to any medication?

_____ 16.  Do you have any handicaps or conditions that limit activity?

_____ 17.  Have you ever attempted suicide or are you thinking about it now?

_____ 18.  Do you regularly use alcohol or street drugs?

_____ 19.  Do you have any problems when you stop drinking or using drugs?

_____ 20.  Do you have a special diet prescribed by a physician?

_____ 21.  Do you have any problems or pain with your teeth?

_____ 22.  Do you have any other medical problems we should know about?

            _____

            _____

            _____

            _____

            _____

            _____

            _____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.


INMATE:_____  DATE:_____  TIME:_____


BOOK OFFICER:_____  DATE:_____  TIME:_____

## BARBOUR COUNTY JAIL
### INMATE REQUEST FORM

1/4/06
DATE

4:15 A.m.
TIME

James Griffin
INMATE'S NAME

S/N
CELL #

### TYPE OF REQUEST
#### (CIRCLE ONE)

| 1. MEDICAL | 2. DENTAL | 3. GRIEVANCE | 4. SPECIAL VISIT | 5. OTHER |

BRIEFLY STATE YOUR REQUEST: This grievance Concerns the total neglect and indifference to Serious medical needs here at the Barbour County jail. I have notified the administration that my medicine is out, but still I have none. Further action will be persued.

_James Griffin_
INMATE'S SIGNATURE

_____
OFFICER'S SIGNATURE

**DO NOT WRITE BELOW LINE**

Holiday before

OFFICER'S REPLY: Faxed, 9:30 Am 1-3-05 Med Were faxed to Louisville Clinic for Refill Diane mcneale Check to make Sure they received it As of 1-4-06 No Refill for Jail at Clayton Drugs Dr marner W.L Call Clayton Drug to Refill P. Hall 1/4 06

**ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH**

**THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR**

| INMATE | INMATE FILES | DISCIPLINARY BOARD | OTHER |

_____
SUPERVISOR'S SIGNATURE

_____
DATE

_____
ADMINISTRATOR'S SIGNATURE

_____
DATE

REVISED 05/17/2004

## BARBOUR COUNTY JAIL
### INMATE REQUEST FORM

10/25/05
**DATE**

6:29 p.m
**TIME**

James Griffin
**INMATE'S NAME**

S/N
**CELL #**

## TYPE OF REQUEST
### (CIRCLE ONE)

1. MEDICAL    2. DENTAL    3. GRIEVANCE    4. SPECIAL VISIT    5. OTHER

**BRIEFLY STATE YOUR REQUEST:** To whom this may concern, I need to visit with the Nurse because my neck was broken and I need pain medication other than asprins & Tylenols...

James Griff
**INMATE'S SIGNATURE**

**OFFICER'S SIGNATURE**

**DO NOT WRITE BELOW LINE**

**OFFICER'S REPLY:** Dr Jackson office will not see him due to the law suit. Arlene 10/26/05

### ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH
### THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR

INMATE    INMATE FILES    DISCIPLINARY BOARD    OTHER

**SUPERVISOR'S SIGNATURE**

**DATE**

**ADMINISTRATOR'S SIGNATURE**

**DATE**

REVISED 05/17/2004

NAME:_____ PROP FY(_____

DATE?TIME ISSUED_____

(1) UNIFORM                  (1)MATTRESS

(1)TOOTHBRUSH
(1)TOOTHPASTE                 (2)SHEETS
(1)CUP                        (1)RULES AND REGULATION INMATE HAND BOOK
(1)SOAP
(1)BLANKET
(1)FACE CLOTH
  (1)TOWEL

I HAVE RECEIVED THE ABOVE ITEMS AND IALSO UNDERSTAND THAT I AM
HELD RESPONSIBLE FOR THE ABOVE ITEMS ISSUED TO ME .

I ALSO UNDERSTAND THAT DEFACING, DESTRUCTION, ALTERING, OR LOSS
OF COUNTY PROPERTY CAN AND WILL RESULT IN DISCIPLINARY ACTION,
CRIMINAL PENALTIES, AND/or financial rastitution. .

I HAVE BEEN READ ALOUD THE ABOVE AND HAVE ACKNOWLEDGED THAT I
UNDERSTAND.

INMATE _____

OFFICER _____

THE ABOVE ITEMS RETURNER DATE/TIME

                        OFFICER_____

CLAYTON

State of Alabama
Unified Judicial System

# WARRANT AND AFFIDAVIT

DISTRICT COURT OF
BARBOUR COUNTY

Case Number
05-10-476A

Before me the undersigned Judge/Clerk/Magistrate of the District Court of Barbour County, Alabama, personally apeared
**ROBERT PATRICK**                who being by me first duly sworn deposes and says that he/she has probable cause for believing, and does
believe that within twelve months within said County on or about        **10/18/05**        one **JAMES GRIFFIN**
whose name is otherwise unknown to the complainant did:

**DISCHARGE A FIREARM INTO AN OCCUPIED DWELLING AT #6 WESTFIELD APT**

In violation of        **13A-11-61**        of the Code of Alabama, against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the        **26**        day of        **October**        **2005**

_____
Clerk/Magistrate of District Court

_____
Complainant's Signature

WITNESSES FOR THE STATE
**ALLEN OBERT, CLAYTON PD**            **WILLIE WALTON**

---

**STATE OF ALABAMA**
**BARBOUR COUNTY**
        CLAYTON

# WARRANT OF ARREST

DISTRICT COURT
Warrant Number
**2005-286**

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

You are thereof commanded to arrest        **JAMES GRIFFIN**                and bring him/her before the DISTRICT COURT OF BARBOUR
COUNTY, to answer the State of Alabama on a charge of

**DISCHARGING FIREARM INTO BUILDING**

Code    **13A-11-61**        Class    **B**        **Felony**

and have you then and there this writ with your return thereon        **12/6/05**    at    **9:00 AM**

Dated this    **26**    day of    **October**        **2005**

_____
Clerk/Magistrate of District Court

---

*Defendant's Address*
**64 JENNINGS STREET**
**CLAYTON**            **AL**

# WARRANT OF ARREST

THE DISTRICT COURT OF
BARBOUR COUNTY

THE STATE OF ALABAMA

v.

**JAMES GRIFFIN**

| Race | Sex | DOB | |
|------|-----|-----|---|
| B | M | 09-01-1960 | |

| Hgt | Wgt | Hair | Eyes |
|-----|-----|------|------|
| 5'7" | 215 | BLK | BRO |

SSN
**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**

DL Number            State

Executed the within Warrant by Arresting
the within named Defendant. After arrest,
the defendant was:

☐ Released as authorized at _____
☐ Taken before  ☐ Judge  ☐ Magistrate
☑ Committed to Jail

This _____ day of

_____

_____
Signature                Title

_____
Agency

*Attention Jean Harros*

# BARBOUR COUNTY JAIL
## INMATE REQUEST FORM

12/8/05
**DATE**

5:40 A.M.
**TIME**

James Griffin
**INMATE'S NAME**

5/n
**CELL #**

## TYPE OF REQUEST
### (CIRCLE ONE)

1. MEDICAL    2. DENTAL    3. GRIEVANCE    4. SPECIAL VISIT    5. OTHER

BRIEFLY STATE YOUR REQUEST: This request concerns a request for plain bread in the morning instead of toast since biscuits are not required here at the Barbour County Jail.

_____
INMATE'S SIGNATURE

_____
OFFICER'S SIGNATURE

**DO NOT WRITE BELOW LINE**

OFFICER'S REPLY: _____

_____

_____ Toast _____

_____

**ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH**
**THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR**

INMATE    INMATE FILES    DISCIPLINARY BOARD    OTHER

_____
SUPERVISOR'S SIGNATURE

_____
DATE

_____
ADMINISTRATOR'S SIGNATURE

_____
DATE

REVISED 05/17/2004

*Attention - Team Hurt - 3*

## BARBOUR COUNTY JAIL
### INMATE REQUEST FORM

**DATE** 12/8/05

**INMATE'S NAME** *Curtis McCrery*

**TIME** 5:45

**CELL #** S/W

*Maint*

### TYPE OF REQUEST
(CIRCLE ONE)

1. MEDICAL   2. DENTAL   3. ~~GRIEVANCE~~   4. SPECIAL VISIT   5. OTHER

**BRIEFLY STATE YOUR REQUEST:** This grievance concerns the Americans with Disabilities Act. I am on amputee and it is very difficult for me to shower here at this jail because of the

**INMATE'S SIGNATURE** *Curtis McCrery*

**OFFICER'S SIGNATURE**

DO NOT WRITE BELOW LINE

**OFFICER'S REPLY:**

Did this

12-15-05  *P Hall*

ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH
THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR

INMATE   INMATE FILES   DISCIPLINARY BOARD   OTHER

SUPERVISOR'S SIGNATURE                    DATE

ADMINISTRATOR'S SIGNATURE                 DATE

REVISED 05/17/2004

Lakeview Community Hospital
820 West Washington Street
Eufaula, AL 36027
1-334-688-7000

# Patient Teaching Instructions
## GRIFFIN, JAMES E - 7017284

Date discharged: 11/26/2005
Time discharged: **11**:04

You have been diagnosed and treated by our emergency care provider. These discharge instructions have been prepared for you in order that you better understand your condition, and how this condition may affect you now that you have been discharged from our emergency room. Please read these instructions carefully, and do not hesitate to call us if you have any questions.

Your emergency care provider was:

ANDREW AARON WALDMAN

## Special Instructions

FOLLOW UP WITH YOUR DR IN 1-2 DAYS TAKE OVER THE COUNTER PAIN MEDS

Referred to:
WESLEY D MARNER
130 - B N RANDOLPH ST, EUFAULA, AL 36027
Phone: 3346878520
Hours:
Call for an appointment

The exam and treatment you received today has been provided on an emergency basis only.  This is not a substitute for complete medical care. **You, not Lakeview Community Hospital**, are responsible for arranging and obtaining follow-up care with a doctor or other healthcare provider, which includes making arrangements for payment.  If your problem worsens or new symptoms appear and you are unable to arrange prompt follow-up care, call or return to this emergency room.

If you had EKG's or X-rays done in the Emergency Department, they will be reviewed by a specialist.  If their interpretation is different from the emergency care provider, you or your physician will be notified.

If you had cultures done, results are usually available within 48-72 hours.  If the results indicate a need for re-evaluation or change in treatment, you or your physician will be notified.

*This subject said He was Not Able to ride By Private Care Had to Have Ambulance, but could ride back in Deputy Car. Nothing Found wrong X Ray clear CJ3*

## Patient Teaching Instructions
GRIFFIN, JAMES E - 7017284

CERVICAL STRAIN

WHAT CAUSES CERVICAL STRAIN?
Neck or cervical pain is usually related to strain -
over stretching of muscles or ligaments of the neck or
shoulder. The most common causes are car accidents,
athletics, exercise classes, and poor sleeping positions.
Muscle strain of the neck is usually extremely painful
and bothersome, but is usually not serious. The pain may
last from a few days to a month or more, and is usually
worse in the mornings.

WHAT SHOULD I KNOW AND DO FOR CERVICAL STRAIN?
- Most cervical strains heal in 3 or 4 days. Severe neck
  strains may take several weeks to heal completely.
- Your doctor may give you medicines to help the muscles to
  relax. Take them exactly as directed. DO NOT drive
  while taking these medicines.
- Resting may help the discomfort of traumatic injuries.
  Avoid activity that increases the pain.
- You may have been given a soft neck collar to wear. Some
  people find this very helpful in helping you to relax.
  Wear this collar as much as you can. You can sleep with
  it on. Do not get the collar wet.
- If you have neck pain from strenuous or athletic
  activity, you should continue with your usual activities
  unless your doctor tells you otherwise.
- Using ice packs every few hours for the first 2-3 days
  may help with discomfort and healing.
- You may use heating pads, hot showers, or hot towel
  compresses 3 or 4 times a day for 20 minutes to help
  relax the muscles.
- Gentle and firm massages may help your soreness.
- A consistent routine of exercise will help to prevent
  muscle  pain.

WHEN AND WHY SHOULD I FOLLOW UP WITH THE DOCTOR?
- If your pain is getting worse and not better.
- If the pain moves or shoots down your arms.
- If you develop any weakness, numbness or tingling.
- If you are not feeling better in 6 to 8 days.
- If you develop numbness or tingling of the affected area.
- If something really concerns or worries you about your
  muscle pain.

Your condition may benefit from outpatient rehabilitation
therapy services. Please ask for this referral or for more
information.

0409

Lakeview Community Hospital
820 West Washington Street
Eufaula, AL 36027
1-334-688-7000

## Patient Teaching Instructions
GRIFFIN, JAMES E - 7017284


BACK PAIN (LOW BACK PAIN)

WHAT IS BACK PAIN?
Back pain is a discomfort of the muscles in the back,
usually the lower back. It is caused by muscles being
pulled or stretched when pulling or lifting heavy
objects or during strenuous activity.  It can also be
caused by a simple turning or twisting of the back or
during traumatic injury such as a fall or a car accident.
You could be born with problems that cause back pain,
such as a crooked spine (scoliosis) or pain can be caused
when growing older by increased softening of the bones
(osteoporosis).

WHAT SHOULD I KNOW AND DO FOR MY BACK PAIN?
- Resting on a FIRM surface is very important.  Rest as
  much as possible.
- Rest on your back with a pillow under your knees to take
  pressure off your back.
- Lying on your side with a pillow between your knees may
  also be helpful and may feel more comfortable.
- Do not lift or bend over until your doctor tells you
  that you can.
- You may use warm heat for 20 minutes three or four times
  per day to help relax the muscles. Heating pads, hot
  showers, or hot towel compresses are ways to provide the heat.
- Do not keep heat on your back all the time.  This will make
  your pain worse.
- Gentle/firm massage may help your soreness.
- Your doctor may give you medicines to help the muscles relax.
  Take them just like your doctor says.  DO NOT drive while
  taking these medicines.
- Exercise, good posture, and learning how to lift and pull
  correctly, will help prevent hurting your back again.


WHEN AND WHY SHOULD I FOLLOW UP WITH THE DOCTOR?
- If your pain is getting worse and not better.
- If you start having pain when moving your legs.
- If you cannot feel or move your legs.
- If you have problems passing your urine or bowels.
- If something really concerns or worries you about your back
  pain.

  Your condition may benefit from outpatient rehab therapy services.
  Please ask for this referral or more information.

0103

# BARBOUR COUNTY JAIL
## INMATE REQUEST FORM

11/27/05
**DATE**

_James Griffin_
**INMATE'S NAME**

5:50 A.m.
**TIME**

S/N
**CELL #**

## TYPE OF REQUEST
### (CIRCLE ONE)

1. MEDICAL  2. DENTAL  3. GRIEVANCE  4. SPECIAL VISIT  5. OTHER

BRIEFLY STATE YOUR REQUEST: To whom this may Concern,
I am still in pain from my fall in S/N, and
the doctor at Eufaula hospital gave officer
Eddie, an order to see doctor Marmer in a couple
of days, so someone need to make an appointment

_James L. Griff_
**INMATE'S SIGNATURE**

_____
**OFFICER'S SIGNATURE**

### DO NOT WRITE BELOW LINE

OFFICER'S REPLY: _____
Dr App 11-30-05
10 oclock

### ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH
### THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR

INMATE   INMATE FILES   DISCIPLINARY BOARD   OTHER

_____
**SUPERVISOR'S SIGNATURE**

_____
**DATE**

_____
**ADMINISTRATOR'S SIGNATURE**

_____
**DATE**

REVISED 05/17/2004

BARBOUR COUNTY JAIL

MONTHLY MEDICATIONS SHEET

Month __11__  Year __05__

James Griffin
Inmate's Name

_Sn_
Block #

Legend: R = Refused  O = Out

*Officer's Initials to top of line / Inmate's Initials to bottom of line

192430
Take 1 Tab
by mouth 3
Times daily
Naproxen

Page ___ of ___ Pages

BARBOUR COUNTY JAIL
MONTHLY MEDICATIONS SHEET

Month 11   Year 05

Block # ___

Legend: R = Refused   O = Out

Officer's initials to top of line / Inmate's initials to bottom of line

Inmate's Name ___

Page ___ of ___ Pages

93216
Take 1 Tablet
Twice Daily.
Every 12 Hours

BARBOUR COUNTY JAIL

MONTHLY MEDICATIONS SHEET

Month  11   Year  2005

Block # SN

Legend: R = Refused   O = Out

Inmate's Name: James Shelton

Officer's initials to top of line / Inmate's initials to bottom of line

1-91-1-72
Jake 1 tablet 3X
a day w/food
Wuroflex 800 mg.

1-91-1-73
Jake 1 tablet
elery 8 hrs. for
pain. 10 mi.
Cyclobenzaprine

Page ____ of ____ Pages

**BARBOUR COUNTY JAIL**
**INMATE REQUEST FORM**

12/7/05
DATE

11:43 A. M.
TIME

James Griffin
INMATE'S NAME

5/N
CELL #

**TYPE OF REQUEST**
**(CIRCLE ONE)**

1. MEDICAL   2. DENTAL   3. GRIEVANCE   4. SPECIAL VISIT   (5. OTHER)

BRIEFLY STATE YOUR REQUEST: Ms. Jean Hartzos, I need a check withdrawn from my account for $106.00 To: Mary Griffin

_____
INMATE'S SIGNATURE

_____
OFFICER'S SIGNATURE

**DO NOT WRITE BELOW LINE**

OFFICER'S REPLY: _____
# 9063

_____
**ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH**
**THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR**

_____
INMATE   INMATE FILES   DISCIPLINARY BOARD   OTHER

_____
SUPERVISOR'S SIGNATURE

_____
DATE

_____
ADMINISTRATOR'S SIGNATURE

_____
DATE

REVISED 05/17/2004

According to the Standard setforth in the Rules and Regulations Promulgated in the Board of Prisons. Which states in pertinent part:

Every prisoner shall be provided by the administration at the usual hours with food of nutritional value adequate for health and strength, of wholesome quality and well prepare and served.

Therefore, toast served here that's hard as a brick does not have any nutritional value.

WHEREFORE, this grievant demands that this behavior cease to continue, and if biscuit cannot be served, that he be given plain bread.

Respectfully Submitted,

James Swift

# BARBOUR COUNTY JAIL
## INMATE REQUEST FORM

DATE *11/6/05*

TIME *5:00 A.M.*

INMATE'S NAME *James Griffin*

CELL # *S/N*

### TYPE OF REQUEST
(CIRCLE ONE)

| 1. MEDICAL | 2. DENTAL | 3. GRIEVANCE | 4. SPECIAL VISIT | 5. OTHER |

BRIEFLY STATE YOUR REQUEST: *This grievance concerns the toast being served at breakfast time most mornings. The toast being served here does not have any nutritional value because it is too hard at best*

INMATE'S SIGNATURE *James Griffin*

OFFICER'S SIGNATURE

### DO NOT WRITE BELOW LINE

OFFICER'S REPLY: _____

*Toast will add.*

*11-7-05*

## ALL INMATE REQUEST FORMS WILL BE ROUTED THROUGH
## THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR

| INMATE | INMATE FILES | DISCIPLINARY BOARD | OTHER |

SUPERVISOR'S SIGNATURE _____

DATE _____

ADMINISTRATOR'S SIGNATURE _____

DATE _____

REVISED 05/17/2004

BARBOUR COUNTY JAIL

MONTHLY MEDICATIONS SHEET

Month _12_  Year _05_

Block # _5N_

Legend: R=Refused  O=Out

Inmate's Name: James Curl Field

Officer's initials to top of line / Inmate's initials to bottom of line

TAKE 1 TAB
2X Daily
every 12 hrs
w/ Food
Salindac 200

1934/30
Take one tab
2X ADay

Take one tab
2X ADay
Naprosin 500

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Page ___ of ___ Pages