IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES E. GRIFFIN, | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-1165-MHT |
| | | (WO) |
| MARSHALL WILLIAMS, JR., et al., | * | |
| Defendants. | * | |

_____

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on February 13, 2006 (Doc. 9), that this case be dismissed without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this court.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 30th day of March, 2006.

         /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE