IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES E. GRIFFIN, | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-1165-MHT |
| | | (WO) |
| MARSHALL WILLIAMS, JR., et al., | * | |
| Defendants. | * | |

_____

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on February 13, 2006 (Doc. 9), is adopted.

(2) This case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 30th day of March, 2006.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE