# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

## NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:  Griffin v. Williams et al**
**Case Number:  2:05-cv-01165-MHT**

**Referenced Pleading: Opinion  - Doc.  10**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**